# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 21-mc-4019 |
| JACK ALLEN SCHWARTZ | ) | |

## **ORDER**

On May 13, 2021, Attorney Jack Allen Schwartz was suspended by the Supreme Court of Iowa until further order of the Court. On June 2, 2021, Schwartz was ordered to show cause within ten days, in writing, why he should not be suspended from practice in this District. To date, Schwartz has not responded to the Order to Show Cause.

Accordingly, IT IS ORDERED that Schwartz is suspended from practicing in this Court effective immediately and until further notice.

If Schwartz wishes to practice in this Court once the suspension is lifted, he will be required to reapply for admission to practice, pursuant to Local Rule 83.5, and pay the local court fee of $50.

Entered this 12th day of August 2021.

s/Sara Darrow
_____
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE