UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In re: )
)
    JACK ALLEN SCHWARTZ, ) No. 21-mc-4019
)
)

## MOTION TO RECONSIDER

Comes now, Jack Allen Schwartz, as response to the Courts action suspending his license states and alleges as follows:

1. One of the basics is that Jack Allen Schwartz was in and out of the hospital during the months of April, May, June, July and August for the following conditions:

2. Given the Respondents continued medical treatment the Court should grant Schwartz additional time to amend his Answer to the Courts Rule to Show Cause.

3. The Court should Grant Schwartz Motion due to his continued medical condition.

4. Mr. Schwartz response was a Request for Hearing/Motion for Extension of Time to Submit To Supplementary Material should be considered a partial answer to the Courts original Petition asking the Respondent to Answer the Complaint filed by the Court on June 2nd, 2021.

5. Federal rules and criminal procedure allow Mr. Schwartz to have a hearing on the issue of this suspended of his licensed to practice law in the Central District of Illinois.

WHEREFORE, due to the aforementioned reasons the Respondent requests this Court reinstate his license to practice in the Central District of Illinois and to Vacate its prior Order dated August 12, 2021.

Respectfully Submitted,

By: / s/ Jack A. Schwartz

JACK A. SCHWARTZ & ASSOCIATES
1800 - 3rd Ave., Suite 211
Rock Island, IL 61201
(309) 793-4357
jschwartz@getrepresented.com